No. 85–5654. STERLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5655. PATTERSON *v.* BUENA VISTA DISTRIBUTION CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5669. MOFFITT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5672. HART *v.* RISLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–5674. VIDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5677. EISSA *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5692. MURIEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5734. SIMON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5740. ADAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5743. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–5745. HINKE *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–331. ISRAEL, WARDEN *v.* WALBERG. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–395. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* COLLINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.